PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
2:07-CR-70-01

DOCKET NUMBER (Rec. Court)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Eric Meladze<br>Eastern District of New York | DISTRICT OF VERMONT | Burlington |
| | NAME OF SENTENCING JUDGE | |
| | The Hon. William K. Sessions III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/23/2012  TO 12/22/2013 |

OFFENSE

Conspiracy to Distribute Oxycontin.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/22/12
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge

---

A TRUE COPY
ATTEST
DATE 12/7 20 12
DOUGLAS C. PALMER
                                   CLERK
BY
        DEPUTY CLERK